UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2009 JAGUAR XJ8 VANDEN PLAS          Case No. 1:13-cv-1286
VIN: SAJWA82B99SH30810,

                                              HON. JANET T. NEFF

    Defendant,

WILLIAM CURTIS MYERS

    Claimant.
_____/

## ORDER

This is a civil action involving a *pro se* claimant. Claimant filed a Motion for Return of Property (Dkt 6) and a Motion for Dismissal of Civil Forfeiture Proceeding (Dkt 7). The motions were referred to the Magistrate Judge, who issued a Report and Recommendation on June 3, 2014, recommending that this Court dismiss the motions as moot, deny Claimant's claim for want of prosecution, and enter judgment in the form of the proposed judgment of forfeiture filed by the government (Dkt 40). The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 42) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Claimant's Motion for Return of Property (Dkt 6) and Motion for Dismissal of Civil Forfeiture Proceeding (Dkt 7) are DISMISSED as moot.

**IT IS FURTHER ORDERED** that Claimant's claim is DENIED for want of prosecution.

A Judgment of Forfeiture will be issued.

Dated: June 26, 2014                          /s/ Janet T. Neff
                                              JANET T. NEFF
                                              United States District Judge